# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

128006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 128006
                                      COA: 249781
                                      Oakland CC: 02-186542-FC

TREMAINE NIGEL MOSES,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 28, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005                                      _____

s1026                                                        Clerk